```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
VERONICA STOUDYMIRE,                                       :
                                                           :
                                                           :
                              Plaintiff,                   :    23-CV-9782 (VSB)
                                                           :
              -against-                                    :    ORDER
                                                           :
CITY OF NEW YORK, et. al.,                                 :
                                                           :
                              Defendants.                  :
-----------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On May 20, 2024, I granted Defendant Ahmed Cameron's request for a 30-day extension of time to answer, move, or otherwise respond to the complaint. (Doc. 23.) In light of Defendant's extension request, Defendant's responsive pleading was due on July 5, 2024. To date, Defendant has not responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment against Defendant Cameron, she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than Thursday, July 25, 2024. If Plaintiff fails to do so or otherwise demonstrate that she intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   July 11, 2024
         New York, New York

_____
VERNON S. BRODERICK
United States District Judge