UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                    :
  VERONICA STOUDYMIRE,                              :
                                                    :
                                                    :
                                                    :
                        Plaintiff,                  :              23-CV-9782 (VSB)
                                                    :
            -against-                               :              **ORDER**
                                                    :
  CITY OF NEW YORK, *et. al.*,                      :
                                                    :
                        Defendants.                 :
----------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

On August 15, 2024, I entered a case management plan and scheduling order, which

stated, among other things, that (1) discovery is scheduled to close on February 28, 2025, (2) the

parties must "submit a joint letter updating the Court on the status of the case" by March 7, 2025,

and (3) a telephonic post-discovery conference would be held on March 14, 2025 at 2:00 P.M.

(Doc. 28.)  The parties failed to submit a joint letter by the deadline.  Accordingly, on March 10,

2025, I ordered that the parties file a joint status letter by April 4, 2025, and that the post-

discovery conference would be adjourned to April 11, 2025.  To date, the parties have failed to

submit a joint letter.

On March 11, 2025, the parties filed a stipulation of dismissal with prejudice.  (Doc. 36.)

On March 12, 2025, that stipulation was deemed deficient because (1) only one defendant was

selected for dismissal and (2) the stipulation was not signed by all parties who have appeared.

That same day, on March 12, 2025, the parties filed another stipulation of dismissal with

prejudice.  (Doc. 37.)  On March 13, 2025, that stipulation was deemed deficient because it did

not contain dates for each signature.  Accordingly, it is hereby:

ORDERED that, to the extent the parties wish to stipulate to dismissal with prejudice, the

parties do so by April 11, 2025.

IT IS FURTHER ORDERED that, if a stipulation of dismissal is not filed by April 11,

2025, the parties submit a joint status letter no later than April 28, 2025.

IT IS FURTHER ORDERED that the telephonic post-discovery conference scheduled for

April 11, 2025 at 11:00 A.M is adjourned until May 5, 2025 at 11:00 A.M.  The parties are

advised that the Court's former dial-in number is no longer in service.  The new dial-in number

is **1-855-244-8681** and the access code is **2309 3085 835**.  There is no attendee ID.

SO ORDERED.

Dated:    April 7, 2025
          New York, New York

_____
VERNON S. BRODERICK
United States District Judge